RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
1901 Harrison, 9th Floor
Oakland, CA 94612
Telephone: (510) 874-4170
Facsimile:  (510) 874-4174
rtamor@TamorLaw.com

Attorneys for Defendant,
IAN CARL GARCIA

JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail:     *jjayne@campbelljayne.com*
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone:   (415) 623-3600
Facsimile:   (415) 623-3605

Attorneys for Defendant
JUAN PAOLO GARCIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JUAN PAULO D. GARCIA AND IAN CARL GARCIA<br><br>                    Defendants. | CASE NO. CR-08-0888 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE FROM NOVEMBER 2, 2009 TO ~~DECEMBER 21, 2009~~**<br>          DECEMBER 14, 2009 |

///

///

United States v.  Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-08-0888 MPH

1

The parties in the above-captioned case, through their counsel of record, and with the consent of Defendants Juan Paulo Garcia and Ian Carl Garcia, hereby make the stipulated request to continue the date of the Status Conference currently scheduled for November 2, 2009 at 10:00 a.m. Undersigned Counsel request a new date of Monday December 21, 2009 at 10:00 a.m.

The purpose of this extension will be to (1) allow undersigned defense counsel for Ian Carl Garcia, to travel to the Republic of the Philippines at the end of November and early December in order to perform factual investigation related to both the defense and to sentencing; and (2) to allow defense counsel to obtain and process further information from the defendant's father's (Major General Carlos F. Garcia's) Counsel in the Republic of the Philippines, which may facilitate resolution of the matter before this Court. The additional time will also give defense counsel a further opportunity to attempt to resolve the related pending extradition matter, In The Matter Of The Extradition Of Juan Paolo D. Garcia and Ian Carl Garcia, CR-09-90136 MISC, currently pending before United States Magistrate Judge Chen, the resolution of which is paramount to defense counsel in resolving the present criminal matter.

Finally, both of the defendants in this matter currently reside out of the State of California and so must fly to San Francisco for every Court Appearance. The next status conference for the Extradition Matter before Judge Chen has been continued to December 21, 2009 at 9:30 a.m., the same date stipulated to and requested by Counsel in this criminal matter.

United States v. Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-08-0888 MPH

1  The defendants submit that it is appropriate to exclude the time from November 2,
2  2009 up to and through December 21, 2009, for effective preparation of counsel and of
3  the defense and for continuity and availability of counsel, and because the ends of justice
4  
5  served by taking such action outweigh the best interest of the public and the defendant in
6  a speedy trial, taking into account the exercise of due diligence.  18 U.S.C. §
7  3161(h)(8)(A) and (B)(iv).  Therefore, the defense would request an exclusion of time of
8  the Speedy Trial Act.  The United States does not object to such exclusion.
9  
       IT IS SO STIPULATED.
10
///
11
///
12
///
13
///
14
///
15
///
16
///
17
///
18
///
19
///
20
///
21
///
22
///
23
24
25

United States v.  Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-08-0888 MPH

| | | |
|---|---|---|
| Dated:  October 21, 2009 | CAMPBELL & JAYNE | |
| | BY: _____/S/_____<br>       JULIA JAYNE | |
| | ATTORNEYS FOR DEFENDANT JUAN PAOLO DEPAKAKIBO GARCIA | |
| Dated:  October 21, 2009 | TAMOR & TAMOR | |
| | By: _____/S/_____<br>       RICHARD TAMOR | |
| | ATTORNEYS FOR DEFENDANT IAN CARL DEPAKAKIBO GARCIA | |
| Dated: October 21, 2009 | JOSEPH P. RUSSONIELLO<br>UNITED STATES ATTORNEY | |
| | By: _____/S/_____<br>       HARTLEY M. K. WEST | |
| | ASSISTANT UNITED STATES ATTORNEY<br>ATTORNEYS FOR THE UNITED STATES. | |

///

///

///

///

United States v.  Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-08-0888 MPH

4

**ORDER**

**GOOD CAUSE APPEARING**,

**IT IS SO ORDRED.** The Status Conference currently scheduled for November 2, 2009, is hereby continued to ~~December 21, 2009~~ December 14, 2009 at 10:00 a.m. A Joint Status Report shall be due one week prior to the conference. The time between November 2, 2009 up to and through ~~December 21, 2009~~ December 14, 2009, is hereby excluded from the Speedy Trial Act for the reasons stated in the above stipulation.

Dated: October 23 2009

By: _____
HON. MARILYN H. PATEL
U.S. DISTRICT COURT JUDGE
Northern District of California

United States v. Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-08-0888 MPH

5