RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
1901 Harrison, 9th Floor
Oakland, CA 94612
Telephone: (510) 847-4170
Facsimile: (510) 847-4174
rtamor@TamorLaw.com

Attorneys for Defendant,
IAN CARL GARCIA

JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail: jjayne@campbelljayne.com
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone:  (415) 623-3600
Facsimile:   (415) 623-3605

Attorneys for Defendant
JUAN PAULO GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>JUAN PAULO D. GARCIA AND IAN CARL GARCIA,<br>Defendants | CASE NO. CR-08-0888 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE** |
|---|---|

    IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendants Juan Paulo Garcia and Ian Carl Garcia,

1

1  that the hearing presently scheduled for December 14, 2009 at 10:00 a.m. be taken off calendar
2  and rescheduled for ~~either January 4, 2010 or~~ February 1, 2010 at ~~9:00~~ 10:00 a.m., whichever date is
3  more convenient for the Court.  The purpose of the extension is (1) to allow the defense time to
4  discuss and process case-related information arising out of Mr. Tamor's visit to the Republic of
5  the Philippines and to convey such information to AUSA West; Mr. Tamor returns from the
6  Philippines on December 12, 2009; and (2) it is anticipated that significant progress will be made
7  this year in the Plunder case in the Philippines, out of which arises the Defendants' pending and
8  related extradition matter.  Resolution of those cases should facilitate resolution of the matter
9  pending before this Court.

The parties stipulate that it is appropriate to exclude time from December 14, 2009 though ~~[January 4, 2010]~~ [February 1, 2010], for effective preparation of the defense, and because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  The defense submits that it is further appropriate to exclude time for continuity of counsel, and because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  The United States does not object to such an exclusion.

DATED: December 8, 2009                    Campbell & Jayne LLP


                                           By:    /s/ Julia Mezhinsky Jayne
                                                  JULIA MEZHINSKY JAYNE
                                           Attorneys for Defendant
                                           JUAN PAULO GARCIA


DATED: December 8, 2009                    Campbell & Jayne LLP


                                           By:    /s/ Richard Tamor

2

DATED: December 8, 2009

RICHARD TAMOR
Attorneys for Defendant
IAN CARL GARCIA

UNITED STATES ATTORNEY'S OFFICE

By: _____/s/ Hartley West_____
HARTLEY WEST
Attorneys for Plaintiff
UNITED STATES OF AMERICA

**ORDER**

**IT IS SO ORDERED.**

DATED: 12/9/2009

IT IS SO ORDERED

Judge Marilyn H. Patel

MARILYN HALL PATEL
UNITED STATES DISTRICT COURT JUDGE

3