RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
1901 Harrison, 9th Floor
Oakland, CA 94612
Telephone: (510) 847-4170
Facsimile:  (510) 847-4174
rtamor@TamorLaw.com

Attorneys for Defendant,
IAN CARL GARCIA

JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail:     *jjayne@campbelljayne.com*
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone:    (415) 623-3600
Facsimile:    (415) 623-3605

Attorneys for Defendant
JUAN PAULO GARCIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff<br><br>JUAN PAULO D. GARCIA AND IAN CARL GARCIA,<br><br>　　　　　　　　Defendants | CASE NO. CR-08-0888 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE** |

　　　IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendants Juan Paulo Garcia and Ian Carl Garcia,

1

that the hearing presently scheduled for February 1, 2010 at 10:00 a.m. be taken off calendar and rescheduled for March 15, 2010 at 10:00 a.m.  The purpose of the extension is (1) to allow Richard Tamor, defense counsel for Ian Garcia, to attend the court appearance since Mr. Tamor is currently scheduled to begin trial in a no-time waiver matter in Alameda County the week of January 25, 2010, and so therefore will be unavailable for currently scheduled court appearance ; and (2) it is anticipated that significant progress will be made in the next 6 weeks in the Plunder case in the Philippines, out of which arises the Defendants' pending and related extradition matter.  Resolution of those cases should facilitate resolution of the matter pending before this Court.

       The parties stipulate that it is appropriate to exclude time from February 1, 2010 though March 15, 2010, for effective preparation of the defense, and because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  The defense submits that it is further appropriate to exclude time for availability and continuity of counsel, and because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  The United States does not object to such an exclusion.

DATED: January 25, 2010        Campbell & Jayne LLP


By:     _/s/ Julia Mezhinsky Jayne_
       JULIA MEZHINSKY JAYNE
Attorneys for Defendant
JUAN PAULO GARCIA

DATED: January 25, 2010        Tamor & Tamor


By:     _/s/ Richard Tamor_

RICHARD TAMOR
Attorneys for Defendant
IAN CARL GARCIA

DATED: January 25, 2010          UNITED STATES ATTORNEY'S OFFICE


By:      /s/ Hartley West
HARTLEY WEST
Attorneys for Plaintiff
UNITED STATES OF AMERICA


**ORDER**

**IT IS SO ORDERED.**

DATED:  1/27/2010

HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*