1  RICHARD A. TAMOR, ESQ.
   TAMOR & TAMOR
2  1901 Harrison, 9th Floor
   Oakland, CA 94612
3  Telephone: (510) 847-4170
   Facsimile:  (510) 847-4174
4  rtamor@TamorLaw.com

5
   Attorneys for Defendant,
6  IAN CARL GARCIA

7  JULIA MEZHINSKY JAYNE (State Bar No. 202753)
   E-Mail:      jjayne@campbelljayne.com
8  CAMPBELL & JAYNE LLP
   350 Sansome Street, Suite 650
9  San Francisco, California 94104
   Telephone:    (415) 623-3600
10 Facsimile:    (415) 623-3605

11
   Attorneys for Defendant
12 JUAN PAULO GARCIA

13

14

15
                    **UNITED STATES DISTRICT COURT**
16
                  **NORTHERN DISTRICT OF CALIFORNIA**
17

18 UNITED STATES OF AMERICA,           CASE NO. CR-08-0888 MHP

19                    Plaintiff       **STIPULATION AND [PROPOSED]
                                       ORDER TO CONTINUE HEARING
20                                     DATE**

21 JUAN PAULO D. GARCIA AND IAN CARL
   GARCIA,
22                    Defendants

23

24      IT IS HEREBY STIPULATED by and between the parties hereto and their respective

25 undersigned counsel, and with the consent of Defendants Juan Paulo Garcia and Ian Carl Garcia,

                                                                              1

1   that the hearing presently scheduled for March 15, 2010 at 10:00 a.m. be taken off calendar and

2   rescheduled for April 19, 2010 at 10:00 a.m.  The purpose of the extension is (1) to allow

3   coordination of the matter before this case and the extradition matter, since the Plunder case in

4   the Philippines has been continued to March 16, 2010 and resolution of the case in the

5   Philippines and the pending extradition case should facilitate resolution of the matter pending

6   before this Court; and (2) counsel for the Government, Hartley West, is expected to be in trial

7   until the second week in April, and counsel for Juan Paulo Garcia, Julia Jayne, currently has a

8   trial scheduled for April 12, 2010; thus, the next available court date for all parties would be

9   April 19, 2010.

10      The Defense submits and the Government does not object that it is appropriate to exclude

11   time from March 15, 2010 though April 19, 2010, for effective preparation of the defense, and

12   because the ends of justice served by taking such action outweigh the best interest of the public

13   and the defendant in a speedy trial, taking into account the exercise of due diligence.  18 U.S.C.

14   § 3161(h)(8)(A) and (B)(iv).  The defense submits that it is further appropriate to exclude time

15   for availability and continuity of counsel, and because the ends of justice served by taking such

16   action outweigh the best interest of the public and the defendant in a speedy trial, taking into

17   account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  The United States

18   does not object to such an exclusion.

19   DATED: March 9, 2010     Campbell & Jayne LLP

20

21                By:   */s/ Julia Mezhinsky Jayne*
                JULIA MEZHINSKY JAYNE

22                Attorneys for Defendant
             JUAN PAULO GARCIA

23

24   DATED: March 9, 2010     Tamor & Tamor

25

             By:   */s/ Richard Tamor*

1

RICHARD TAMOR
Attorneys for Defendant
2          IAN CARL GARCIA

3   DATED: March 9, 2010          UNITED STATES ATTORNEY'S OFFICE

4

5                                 By:    _____/s/ Hartley West____
                                  HARTLEY WEST
6                                 Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA
7

8

9                                      **ORDER**

10

11          **IT IS SO ORDERED.**

12

13

14
    DATED:  3/9/2010

15
                                  HONORA_____TEL
16                                UNITED S_____JDGE

17

18

19

20

21

22

23

24

25

3