RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
1901 Harrison, 9th Floor
Oakland, CA 94612
Telephone: (510) 847-4170
Facsimile:  (510) 847-4174
rtamor@TamorLaw.com

Attorneys for Defendant,
IAN CARL GARCIA

JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail:     jjayne@campbelljayne.com
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone:   (415) 623-3600
Facsimile:   (415) 623-3605

Attorneys for Defendant
JUAN PAULO GARCIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff<br><br><br>JUAN PAULO D. GARCIA AND IAN CARL GARCIA,<br><br>　　　　　　　Defendants | CASE NO. CR-08-0888 MHP<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER WAIVING PERSONAL**<br>**APPEARANCE OF DEFENDANTS** |

　　　IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendants Juan Paulo Garcia and Ian Carl Garcia,

1

that their personal appearance be waived for the hearing presently scheduled for April 19, 2010 at 10:00 a.m.

At the hearing scheduled for April 19, 2010, the defense will request a further continuance in order to allow coordination of the matter before this Court and the extradition matter currently pending before the Honorable Edward C. Chen in case number CR-09-90136 MISC.  A Settlement Agreement in the case in the Philippines is currently under submission for approval by the Sandiganbayan (the Court in the Philippines assigned to hear matters related to corruption). Resolution of the case in the Philippines will resolve the pending extradition case before Judge Chen and should facilitate resolution of the criminal matter pending before this Court.  The defense believes that resolution of the case before the Sandiganbayan is imminent. At the status conference on April 19, 2010, the defense will be prepared to articulate a basis for an exclusion of time for the anticipated further request for continuance.

Because the defendants in this matter are residents of Michigan and Nevada, and their travel would be unduly burdensome given the defense's anticipated request for a further continuance, the parties stipulate that it is appropriate to waive the defendants' personal appearance for the status hearing currently scheduled for April 19, 2010.

DATED: April 14, 2010                    Campbell & Jayne LLP


                                         By:      /s/ Julia Mezhinsky Jayne
                                             JULIA MEZHINSKY JAYNE
                                             Attorneys for Defendant
                                             JUAN PAULO GARCIA


DATED: April 14, 2010                    Tamor & Tamor


                                         By:      /s/ Richard Tamor
                                             RICHARD TAMOR
                                             Attorneys for Defendant
                                             IAN CARL GARCIA

2

DATED: April 14, 2010            UNITED STATES ATTORNEY'S OFFICE


By:  _____/s/ Hartley West_____
     HARTLEY WEST
     Attorneys for Plaintiff
     UNITED STATES OF AMERICA


**ORDER**

**IT IS SO ORDERED.**


DATED:  4/15/2010        _____
                         HONORABLE MARILYN H. PATEL
                         UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

3