JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HARTLEY M. K. WEST  (CABN 191609)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: hartley.west@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> IAN CARL DEPAKAKIBO GARCIA, and <br> JUAN PAULO DEPAKAKIBO GARCIA, <br>     Defendants. | No. CR 08-0888 MHP <br><br> [~~PROPOSED~~] ORDER EXCLUDING TIME FROM APRIL 19 TO JUNE 28, 2010 |

Defendant IAN CARL DEPAKAKIBO GARCIA, represented by Richard A. Tamor, defendant JUAN PAULO DEPAKAKIBO GARCIA, represented by Julia Jayne, and the government, represented by HARTLEY M. K. WEST, Assistant United States Attorney, appeared before the Court for status on April 19, 2010.

The defense requested that the matter be continued to June 28, 2010, due to unresolved matters in the Philippines, and that the intervening time be excluded.  Defense counsel advised the Court that the Philippine government has an extradition request pending for the defendants arising out of charges related to a plunder case against their father.  Counsel further advised that a Philippine court has taken under submission a settlement agreement pertaining to the defendants' father and that, if the court accepts the agreement, the Philippine government is expected to

ORDER EXCLUDING TIME
Case No. CR 08-0888 MHP

1  dismiss the charges and extradition request against the defendants. Counsel represented that the
2  defendants intend to resolve the United States' charges short of trial, but wish to disclose
3  information to the United States in plea negotiations, which they feel they cannot do before
4  resolution of the Philippine case without harming their interests in that case.
5       The United States agreed with the factual representations of the defense, but opposed the
6  continuance on the grounds that (1) the United States case is not required to trail the Philippine
7  matter, (2) due to the ten continuances thus far, the Speedy Trial clock runs on June 11, 2010,
8  and (3) there is no further basis to exclude time under the Speedy Trial Act.
9       The Court put the matter over to June 28, 2010, for plea or trial setting. Observing that
10 the Philippine case constitutes "other proceedings concerning the defendant[s]," which are "not
11 unrelated" to the above-captioned case, the Court excluded time between April 19 and June 28,
12 2010. *See* 18 U.S.C. § 3161(h)(1).

DATED: April 19, 2010                    /s/
                                         RICHARD TAMOR
                                         Attorney for Defendant
                                         Ian Carl D. Garcia

DATED: April 19, 2010                    /s/
                                         JULIA JAYNE
                                         Attorney for Defendant
                                         Juan Paulo D. Garcia

DATED: April 19, 2010                    /s/
                                         HARTLEY M. K. WEST
                                         Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: __4/20/2010_____



ORDER EXCLUDING TIME
Case No. CR 08-0888 MHP                  -2-