JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HARTLEY M. K. WEST  (CABN 191609)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: hartley.west@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>    Plaintiff, </br></br>   v. </br></br> IAN CARL DEPAKAKIBO GARCIA, and </br> JUAN PAULO DEPAKAKIBO GARCIA, </br></br>    Defendants. | No. CR 08-0888 MHP </br></br> [~~PROPOSED~~] ORDER EXCLUDING TIME FROM JUNE 28 TO SEPTEMBER 8, 2010 |

    Defendant IAN CARL DEPAKAKIBO GARCIA, represented by Richard Tamor, Julia Jayne on behalf of defendant JUAN PAULO DEPAKAKIBO GARCIA, whose appearance was waived, and the government, represented by Assistant United States Attorney Hartley West, appeared before the Court for trial setting on June 28, 2010.

    The Court set trial for September 14, 2010, with a pretrial conference on September 8, 2010.  With the concurrence of counsel, the Court excluded time under the Speedy Trial Act, between June 28 and September 8, 2010, due to the pendency of "other proceedings" in the Philippines, and for continuity of counsel.  The Court finds that the ends of justice served by excluding this time outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(1), (7).

ORDER EXCLUDING TIME
Case No. CR 08-0888 MHP

| | | |
|---|---|---|
| 1 | DATED: June 28, 2010 | _____/s/_____ |
| 2 | | RICHARD TAMOR |
| | | Attorney for Defendant |
| 3 | | Ian Carl D. Garcia |
| 4 | DATED: June 28, 2010 | _____/s/_____ |
| | | JULIA JAYNE |
| 5 | | Attorney for Defendant |
| | | Juan Paulo D. Garcia |
| 6 | DATED: June 28, 2010 | _____/s/_____ |
| | | HARTLEY M. K. WEST |
| 7 | | Assistant United States Attorney |

**ORDER**

**IT IS SO ORDERED.**

DATED:  June 28, 2010

*[Seal: United States District Court, Northern District of California]*
*[Stamp: IT IS SO ORDERED — signed — Judge Marilyn H. Patel]*

ORDER EXCLUDING TIME
Case No. CR 08-0888 MHP                    -2-